UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donovan Brown
Write the full name of each plaintiff.

17 CV 1677

(Include case number if one has been assigned)

-against-

NYPd - officers, Sue ~~Doe~~ Pulsarin
Brandon Covelo

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

RECEIVED
SDNY PRO SE OFFICE
2017 MAR -6 PM 1:26
S.D. OF N.Y.

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What r  he basis for federal-court jurisdiction in your case?

☐   Federal Question

☑   Diversity of Citizenship

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?   *Donald Braun*

The plaintiff, _____*Braun Braun*_____ , is a citizen of the State of
(Plaintiff's name)

_____*newyork*_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Joe Pulscin, Berdon Raelo_ , is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _Joe Pulscin Berdon Raelo_, is incorporated under the laws of

the State of _____ new york _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Donova Bran_          _A_          _Bran_
First Name              Middle Initial    Last Name

_3030 Paulding ave_
Street Address

_Bx_              _ny_              _10469_
County, City       State              Zip Code

_718-882-4667_              _Donova Bran asmail_
Telephone Number           Email Address (if available)

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     Joe Bulgarin

First Name                              Last Name

nYPD

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

Bronx                    nY                    10468

County, City                          State                    Zip Code

Defendant 2:     Braden                    Parelo

First Name                              Last Name

nYPD

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

Bronx                    nY                    10468

County, City                          State                    Zip Code

Defendant 3:

First Name                              Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                          State                    Zip Code

Defendant 4: _____

         First Name              Last Name

         _____

         Current Job Title (or other identifying information)

         _____

         Current Work Address (or other address where defendant may be served)

         _____

         County, City          State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____ Duncan and Alden ave _____

Date(s) of occurrence: _____ 5-20-14 _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I was stoped for no apparent reason slamed on my head and my left side By one of two officers, then they both sot on top of me and assaulted me, more police come I was assaulted they wes using unessabary force, sot put in hand cuffs one of the officess continued to use unessocry force, then I was put in an Ambulore on a stretter with both hands behind my back and the streeter was stoped down forcing my hand to get damaged I told them which is one of the officer and the paramedic I could not breath they laughed at me,

the officer further went on to say
see him he dont care, set several shirtes and
that im lucky people was videoing him, or
he would of done me worse, the two offices
assaulted me and brought me to hospital
if I did something wrong I would of been
brought to precint and fingerprinted, they baught
me two hospital I woke up hooked to iv
and was released the next morning

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I did therepy for a while couldnt soto
walk, my hands are damaged my head was squeeze
to the floor by one of officers cusing head damage
I had scars all over my body, back injuries
as well

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

money for scars on my body, money for my
head injuries, money for my hands money for
time i missed work and all my traveling expenses
money for tuching my penis and bending
me on aylo car are humping my backside

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 3-6-17 | D. B |
| Dated | Plaintiff's Signature |
| Donovan      A | Brown |
| First Name      Middle Initial | Last Name |
| 3630 Building ave | |
| Street Address | |
| Bronx                ny | 10469 |
| County, City      State | Zip Code |
| 347-897-5834 | Donov Brown agmeil |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.